**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEUROLOGIX, INC. | § | Case No. 12-10936-CSS |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/16/2012 . The undersigned trustee was appointed on 03/16/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 148,241.38

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 57,817.29 |
| Bank service fees | | 2,138.68 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 88,285.41 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/26/2012 and the deadline for filing governmental claims was 09/12/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,662.07 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,662.07 , for a total compensation of $ 10,662.07 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,043.83 , for total expenses of $ 1,043.83 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2014 By:/s/George L. Miller
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 12-10936 | CSS | Judge: Christopher S. Sontchi | Trustee Name: | George L. Miller |
| Case Name: | NEUROLOGIX, INC. | | | Date Filed (f) or Converted (c): | 03/16/2012 (f) |
| | | | | 341(a) Meeting Date: | 04/17/2012 |
| For Period Ending: | 09/30/2014 | | | Claims Bar Date: | 07/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 12.28 | 2.00 | | 2.00 | FA |
| 2. BANK ACCOUNT -JP MORGAN CHASE<br>ACCT #790092837 (CHECKING) | 34,029.80 | 33,812.07 | | 33,812.07 | FA |
| 3. BANK ACCOUNT - JP MORGAN CHASE<br>ACCT #391529912264 (INVESTMENT) | 97,861.38 | 97,862.44 | | 97,862.44 | FA |
| 4. SECURITY DEPOSITS - PREPAID EXPENSES | 5,503.60 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSITS - PREPAID EXPENSES (R&D) | 80,000.00 | 0.00 | | 0.00 | FA |
| 6. SECURITY DEPOSITS - BWC | 655.64 | 0.00 | | 0.00 | FA |
| 7. SECURITY DEPOSITS - MACK CALI | 7,000.00 | 0.00 | | 0.00 | FA |
| 8. PARTNERSHIPS<br>INVESTMENT - ALCARA | 5,178.80 | 5,178.80 | | 0.00 | FA |
| 9. INTELLECTUAL PROPERTY - PATENTS<br>LESS ACCUMULATED DEPRECIATION | 739,246.35 | 10,000.00 | | 0.00 | FA |
| 10. OFFICE EQUIPMENT<br>LESS ACCUMULATED DEPRECIATION | 0.00 | 0.00 | | 0.00 | FA |
| 11. FURNITURE & FIXTURES<br>LESS ACCUMULATED DEPRECIATION | 4,386.36 | 4,386.36 | | 0.00 | FA |
| 12. OFFICE EQUIPMENT - COMPUTER HARDWARE<br>LESS ACCUMULATED DEPRECIATION<br>The Trustee was not able to located a buyer for the assets. The assets were abandoned to the secured lender. | 31,504.07 | 31,504.07 | | 0.00 | FA |
| 13. OFFICE EQUIPMENT - COMPUTER SOFTWARE<br>LESS ACCUMULATED DEPRECIATION | 490.93 | 490.93 | | 0.00 | FA |
| 14. REFUNDS - INSURANCE (u) | 890.00 | 890.00 | | 1,564.87 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 12-10936 | CSS | Judge: | Christopher S. Sontchi | Trustee Name: George L. Miller |
| Case Name: | NEUROLOGIX, INC. | | | | Date Filed (f) or Converted (c): 03/16/2012 (f) |
| | | | | | 341(a) Meeting Date: 04/17/2012 |
| For Period Ending: | 09/30/2014 | | | | Claims Bar Date: 07/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. PREFERENCES AND FRAUDULANT CONVEYANCES | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 16. Void (u) | 0.00 | N/A | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,021,759.21 | $199,126.67 | | $148,241.38 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/2015 Current Projected Date of Final Report (TFR): 03/31/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-10936
Case Name: NEUROLOGIX, INC.
Taxpayer ID No: XX-XXX2875
For Period Ending: 09/30/2014

Trustee Name: George L. Miller
Bank Name: Union Bank
Account Number/CD#: XXXXXX1610
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/13 | | Transfer from Acct# XXXXXX0200 | Transfer of Funds | 9999-000 | $81,982.08 | | $81,982.08 |
| 03/11/13 | 14 | ZURICH AMERICAN INSURANCE CO | INSURANCE AUDIT REFUND | 1229-000 | $38.99 | | $82,021.07 |
| 03/19/13 | 600001 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #15971 DATED 03/15/2013 - RECORD STORAGE FOR APRIL 2013 | 2410-000 | | $45.31 | $81,975.76 |
| 04/17/13 | 600002 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #16240 DATED 04/15/2013 - RECORD STORAGE FOR MAY 2013 | 2410-000 | | $45.31 | $81,930.45 |
| 04/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $98.28 | $81,832.17 |
| 05/06/13 | 600003 | Nutter McClennen & Fish LLP<br>ATTN: Annuities<br>155 Seaport Blvd.<br>Boston, MA 02210 | ANNUITY FOR GAD CHIMERA (US) PATENT #7,527,785 | 2990-000 | | $1,123.00 | $80,709.17 |
| 05/20/13 | 14 | PRINCIPAL LIFE INSURANCE COMPNAY | INSURANCE REFUND | 1229-000 | $602.54 | | $81,311.71 |
| 05/21/13 | 600004 | Nutter McClennen & Fish LLP<br>ATTN: Annuities<br>155 Seaport Blvd.<br>Boston, MA 02210 | ANNUITY PAYMENTS FOR NEUROLOGIX PATENTS | 2990-000 | | $5,784.84 | $75,526.87 |
| 05/21/13 | 600005 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #16493 DATED 05/15/13 - RECORD STORAGE FOR JUNE 2013 | 2410-000 | | $45.31 | $75,481.56 |
| 05/28/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $117.85 | $75,363.71 |
| 06/18/13 | 600006 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #16756 DATED 06/15/13 - RECORD STORAGE FOR JULY 2013; DEL/PICKUP | 2410-000 | | $66.80 | $75,296.91 |
| 06/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $118.17 | $75,178.74 |

Page Subtotals: $82,623.61 $7,444.87

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-10936
Case Name: NEUROLOGIX, INC.
Taxpayer ID No: XX-XXX2875
For Period Ending: 09/30/2014

Trustee Name: George L. Miller
Bank Name: Union Bank
Account Number/CD#: XXXXXX1610
Checking Account
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/13 | 600007 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #17032 DATED 07/15/13 - RECORD STORAGE FOR AUGUST 2013; DEL/PICKUP | 2410-000 | | $81.97 | $75,096.77 |
| 07/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $108.33 | $74,988.44 |
| 08/16/13 | 14 | GUARDIAN LIFE INSURANCE COMPANY | REFUND FOR CANCELLED PLAN #G 00-71784 | 1229-000 | $33.34 | | $75,021.78 |
| 08/19/13 | 600008 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #17278 DATED 08/15/13 - RECORD STORAGE FOR SEPTEMBER 2013 | 2410-000 | | $45.31 | $74,976.47 |
| 08/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $111.67 | $74,864.80 |
| 09/19/13 | 600009 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #17523 DATED 09/13/13 - RECORD STORAGE FOR OCTOBER 2013; RETRIEVE CONTAINER | 2410-000 | | $50.56 | $74,814.24 |
| 09/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $111.42 | $74,702.82 |
| 10/15/13 | 600010 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #17652 DATED 10/15/13 - RECORD STORAGE FOR NOVEMBER 2013 | 2410-000 | | $45.31 | $74,657.51 |
| 10/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $107.63 | $74,549.88 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.96 | $74,438.92 |
| 12/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.20 | $74,331.72 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.61 | $74,221.11 |

| | | |
|---|---|---|
| Page Subtotals: | $33.34 | $990.97 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-10936
Case Name: NEUROLOGIX, INC.

Trustee Name: George L. Miller
Bank Name: Union Bank
Account Number/CD#: XXXXXX1610
Checking Account

Taxpayer ID No: XX-XXX2875
For Period Ending: 09/30/2014

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/14 | 600011 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST STE 420<br>NEW ORLEANS LA 70139 | 2014 Blanket Bond #016026389 for the Period 01/01/14 to 01/01/15 | 2300-000 | | $83.14 | $74,137.97 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.45 | $74,027.52 |
| 03/12/14 | 15 | NUTTER MCCLENNEN & FISH LLP | PREF. SETT. PRIOR TO ADV. FILING<br>Pursuant to Court Order dated 08/05/14 [D.I. 96] | 1141-000 | $15,000.00 | | $89,027.52 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.55 | $88,927.97 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $123.66 | $88,804.31 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $127.87 | $88,676.44 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $131.96 | $88,544.48 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $127.51 | $88,416.97 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $131.56 | $88,285.41 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $97,656.95 | $9,371.54 |
| Less: Bank Transfers/CD's | $81,982.08 | $0.00 |
| Subtotal | $15,674.87 | $9,371.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,674.87 | $9,371.54 |



Page Subtotals: $15,000.00 $935.70

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 12-10936 | Trustee Name: | George L. Miller |
| Case Name: | NEUROLOGIX, INC. | Bank Name: | EagleBank |
| | | Account Number/CD#: | XXXXXX0200 |
| | | | CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX2875 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/30/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/12 | | JP MORGAN CHASE BANK | TURNONVER OF FUNDS FROM CHECKING ACCOUNT #790092837 AND INVESTMENT ACCOUNT #3915-29912264 | | | $131,674.51 | | $131,674.51 |
| | | | Gross Receipts | $131,674.51 | | | | |
| | 2 | | BANK ACCOUNT -JP MORGAN CHASE | $33,812.07 | 1129-000 | | | |
| | 3 | | BANK ACCOUNT - JP MORGAN CHASE | $97,862.44 | 1129-000 | | | |
| 05/14/12 | 1 | PETTY CASH | TURNOVER OF FUNDS FOUND ONSITE IN PETTY CASH DRAWER. CASH CONVERTED TO MONEY ORDER. | | 1129-000 | $2.00 | | $131,676.51 |
| 05/14/12 | 500001 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #12687 DATED 4/30/12 - PACK AND SHIP FILED FROM FORT LEE. INPUT AND UPLOAD FILE INFORMATION; STORAGE FOR 4/27/12 TO 5/14/12. | | | | $1,441.29 | $130,235.22 |
| | | HILL ARCHIVE | STORAGE; INPUT DATA | ($184.04) | 2410-000 | | | |
| | | HILL ARCHIVE | PACK AND SHIP | ($1,257.25) | 2990-000 | | | |
| 05/18/12 | 500002 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #13434 DATED 05/15/2012 - RECORD STORAGE FOR JUNE 2012 | | 2410-000 | | $45.31 | $130,189.91 |
| 05/25/12 | 14 | ARHTER J. GALLAGHER RISK MGMT SVCS | WORKERS COMPENSATION PREMIUM AUDIT FOR POLICY #7163-61 -17, FOR THE PERIOD 10/01/10 THROUGH 10/01/11 | | 1229-000 | $890.00 | | $131,079.91 |
| 06/21/12 | 500003 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #13670 DATED 06/15/2012 - RECORD STORAGE FOR JULY 2012; DEL/PICKUP | | 2410-000 | | $89.84 | $130,990.07 |

| | | | |
|---|---|---|---|
| | Page Subtotals: | $132,566.51 | $1,576.44 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-10936
Case Name: NEUROLOGIX, INC.
Taxpayer ID No: XX-XXX2875
For Period Ending: 09/30/2014

Trustee Name: George L. Miller
Bank Name: EagleBank
Account Number/CD#: XXXXXX0200
CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/12 | 500004 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #13910 DATED 07/13/2012 - RECORD STORAGE FOR AUGUST 2012. | | 2410-000 | | $45.31 | $130,944.76 |
| 08/21/12 | 500005 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #14154 DATED 08/15/2012 - RECORD STORAGE FOR SEPTEMBER 2012. | | 2410-000 | | $45.31 | $130,899.45 |
| 10/01/12 | 500006 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #14399 DATED 09/17/2012 - RECORD STORAGE FOR OCTOBER 2012 | | 2410-000 | | $45.31 | $130,854.14 |
| 10/17/12 | 500007 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #14640 DATED 10/15/2012 - RECORD STORAGE FOR NOVEMBER 2012; DEL/PICKUP | | 2410-000 | | $55.59 | $130,798.55 |
| 12/19/12 | 500008 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #15136 DATED 12/14/2012 - RECORD STORAGE FOR JANUARY 2013; DEL/PICKUP | | 2410-000 | | $87.27 | $130,711.28 |
| 12/28/12 | 500009 | COZEN O'CONNOR<br>1201 NORTH MARKET STREET<br>SUITE 1400<br>WILMINGTON DE 19801 | First Fee and Expense Application pursuant to Court Order dated 11/14/2012 [D.I. 78] | | | | $48,155.06 | $82,556.22 |
| | | COZEN O'CONNOR | Fees | ($47,379.00) | 3210-000 | | | |
| | | COZEN O'CONNOR | Expenses | ($776.06) | 3220-000 | | | |
| 01/18/13 | 500010 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #14891 DATED 11/15/12 - RECORD STORAGE FOR DECEMBER 2012 | | 2410-000 | | $45.31 | $82,510.91 |
| 01/18/13 | 500011 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #15387 DATED 01/15/13 - RECORD STORAGE FOR FEBRUARY 2013 | | 2410-000 | | $45.31 | $82,465.60 |
| 01/18/13 | 500012 | PAYCHEX OF NEW YORK LLC<br>17-17 STATE ROUTE 208 SUITE 350<br>FAIR LAWN NY 07410 | INVOICE #2011102700 - 2012 YEAR-END RETURNS PROCESSING | | 2990-000 | | $175.00 | $82,290.60 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $48,699.47 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-10936
Case Name: NEUROLOGIX, INC.
Taxpayer ID No: XX-XXX2875
For Period Ending: 09/30/2014

Trustee Name: George L. Miller
Bank Name: EagleBank
Account Number/CD#: XXXXXX0200
CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/13 | 500013 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST., SUITE 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND FROM<br>01/01/2013 THRU 01/01/2014<br>BOND #016026389 | 2300-000 | | $79.21 | $82,211.39 |
| 02/12/13 | | Eagle Bank | BANK SERVICE CHARGE | 2600-000 | | $88.00 | $82,123.39 |
| 02/19/13 | 500014 | HILL ARCHIVE<br>140 BRADFORD DRIVE<br>WEST BERLIN, NJ 08091 | INVOICE #15689 DATED<br>02/15/13 - RECORD<br>STORAGE FOR MARCH 2013 | 2410-000 | | $45.31 | $82,078.08 |
| 03/07/13 | | Eagle Bank | Bank Service Fee -February<br>2013 | 2600-000 | | $79.00 | $81,999.08 |
| 03/07/13 | | Eagle Bank | Bank Service Fee - March 2013<br>Pro Rata | 2600-000 | | $17.00 | $81,982.08 |
| 03/07/13 | | Transfer to Acct# XXXXXX1610 | Transfer of Funds | 9999-000 | | $81,982.08 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $132,566.51 | $132,566.51 |
| Less: Bank Transfers/CD's | $0.00 | $81,982.08 |
| Subtotal | $132,566.51 | $50,584.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $132,566.51 | $50,584.43 |



Page Subtotals: $0.00 $82,290.60

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0200 - CHECKING ACCOUNT | $132,566.51 | $50,584.43 | $0.00 |
| XXXXXX1610 - Checking Account | $15,674.87 | $9,371.54 | $88,285.41 |
| | $148,241.38 | $59,955.97 | $88,285.41 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $148,241.38 |
| Total Gross Receipts: | $148,241.38 |



| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-10936-CSS
Debtor Name: NEUROLOGIX, INC.
Claims Bar Date: 7/26/2012

Date: September 29, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | George L. Miller<br>8 Penn Center<br>1628 JFK Blvd Ste 950<br>Philadelphia, PA 19103 | Administrative | | $0.00 | $10,662.07 | $10,662.07 |
| 100<br>2200 | George L. Miller<br>8 Penn Center<br>1628 JFK Blvd Ste 950<br>Philadelphia, PA 19103 | Administrative | | $0.00 | $1,043.83 | $1,043.83 |
| CO FEE<br>100<br>3210 | Cozen O'Connor<br>1201 N. Market St., Suite 1001<br>Wilmington, DE 19801 | Administrative | | $0.00 | $73,942.00 | $73,942.00 |
| MJFEE<br>100<br>3210 | MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801 | Administrative | | $0.00 | $7,277.00 | $7,277.00 |
| CO EXP<br>100<br>3220 | Cozen O'Connor<br>1201 N. Market St., Suite 1001<br>Wilmington, DE 19801 | Administrative | | $0.00 | $1,307.71 | $1,307.71 |
| MJEXP<br>100<br>3220 | MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801 | Administrative | | $0.00 | $259.98 | $259.98 |
| MCT FEE<br>100<br>3310 | Miller Coffey Tate LLP<br>1628 JFK Blvd., Suite 950<br>Philadelphia, PA 19103 | Administrative | | $0.00 | $116,094.50 | $116,094.50 |
| MCT EXP<br>100<br>3320 | Miller Coffey Tate LLP<br>1628 JFK Blvd., Suite 950<br>Philadelphia, PA 19103 | Administrative | | $0.00 | $365.11 | $365.11 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-10936-CSS
Debtor Name: NEUROLOGIX, INC.
Claims Bar Date: 7/26/2012

Date: September 29, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14A<br>280<br>5800 | The Ohio Department of Taxation<br>Bankruptcy Division<br>Ohio Attorney General<br>Collections Enforcement<br>150 E. Gay Street., 21st Floor<br>Columbus, OH 43215 | Priority | Based upon Trustee review of claims #14 and #15, claim #14 and #15 are the same claim. Claim #14 represents the Proof of Claim form filed by the Ohio Department of Taxation. Claim #15 represents the supporting documentation to the Proof of Claim form filed by the Ohio Department of Taxation. Claim #14 reports a priority claim in the amount of $126,000.00, and a general unsecured claim in the amount of $4,850.37. The Trustee has not filed an objection to Claim #15 because the double recording of the claim appears to be an error by the Clerk of the Court. | $0.00 | $130,850.37 | $126,000.00 |
| 15<br>280<br>5800 | The Ohio Department of Taxation<br>Bankruptcy Division<br>Ohio Attorney General<br>Collections Enforcement<br>150 E. Gay Street., 21st Floor<br>Columbus, OH 43215 | Priority | Based upon Trustee review of claims #14 and #15, claim #14 and #15 are the same claim. Claim #14 represents the Proof of Claim form filed by the Ohio Department of Taxation. Claim #15 represents the supporting documentation to the Proof of Claim form filed by the Ohio Department of Taxation. Claim #14 reports a priority claim in the amount of $126,000.00, and a general unsecured claim in the amount of $4,850.37. The Trustee has not filed an objection to Claim #15 because the double recording of the claim appears to be an error by the Clerk of the Court. | $0.00 | $0.00 | $0.00 |
| 1<br>300<br>7100 | CIT Technology Financing Services, Inc.<br>Bankruptcy Processing Solutions, Inc.<br>1162 E. Sonterra Blvd., Ste. 130<br>San Antonio, TX 78258 | Unsecured | | $0.00 | $6,704.25 | $6,704.25 |
| 2<br>300<br>7100 | BDO Seidman LLP<br>Laurence W. Goldberg<br>Director, Receivables Management<br>BDO USA, LLP<br>4035 Premier Dr. Suite 333<br>High Point, NC 27265 | Unsecured | | $0.00 | $48,199.00 | $48,199.00 |
| 3<br>300<br>7100 | AT Conference, Inc.<br>PO Box 2939<br>Southhampton NY 11969 | Unsecured | | $0.00 | $206.21 | $206.21 |
| 4<br>300<br>7100 | Klauber & Jackson<br>Bergen Four, Suite 160<br>25 East Spring Valley Avenue<br>Maywood, NJ 07607 | Unsecured | | $0.00 | $14,190.00 | $14,190.00 |
| 5<br>300<br>7100 | Schenkel/Stegman<br>Communications Design<br>397 Main Street, Suite 301<br>Woburn, MA 01801 | Unsecured | | $0.00 | $1,117.50 | $1,117.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-10936-CSS
Debtor Name: NEUROLOGIX, INC.
Claims Bar Date: 7/26/2012

Date: September 29, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Daniel J. Edelman Inc.<br>200 E. Randolph Drive, 62nd Floor<br>Chicago, IL 60601 | Unsecured | | $0.00 | $56,907.30 | $56,907.30 |
| 7<br>300<br>7100 | Nutter McClennen and Fish<br>Seaport West<br>155 Seaport Blvd.<br>Boston MA 02210-2604 | Unsecured | | $0.00 | $266,900.74 | $266,900.74 |
| 8<br>300<br>7100 | Labconnect, LLC<br>925 4th Ave., #2350<br>Seattle, WA 98104 | Unsecured | | $0.00 | $711.44 | $711.44 |
| 9<br>300<br>7100 | Merrill Communications LLC<br>One Merrill Circle<br>St. Paul, MN 55108 | Unsecured | | $0.00 | $7,289.68 | $7,289.68 |
| 10<br>300<br>7100 | RR Donnelley & Sons Company<br>3075 Highland Pkwy.<br>Downers Grove, IL 60515 | Unsecured | | $0.00 | $21,535.62 | $21,535.62 |
| 11<br>300<br>7100 | Thermo Fisher Scientific (Asheville) LLC<br>PO Box 712480<br>Cincinnati OH 45271-2480 | Unsecured | | $0.00 | $6,675.04 | $6,675.04 |
| 12<br>300<br>7100 | Fisher Scientific Co., LLC<br>300 Industry Dr.<br>Pittsburgh, PA 15275 | Unsecured | | $0.00 | $3,501.52 | $3,501.52 |
| 13<br>300<br>7100 | Biomay AG<br>Dr. Rainer Henning (CEO)<br>Vienna Competence Center<br>Lazarettgasse 19/1<br>1090 Vienna, Austria | Unsecured | | $0.00 | $347,182.00 | $347,182.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-10936-CSS
Debtor Name: NEUROLOGIX, INC.
Claims Bar Date: 7/26/2012

Date: September 29, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14B<br>300<br>7100 | The Ohio Department of Taxation<br>Bankruptcy Division<br>Ohio Attorney General<br>Collections Enforcement<br>150 E. Gay Street., 21st Floor<br>Columbus, OH 43215 | Unsecured | Based upon Trustee review of claims #14 and #15, claim #14 and #15 are the same claim. Claim #14 represents the Proof of Claim form filed by the Ohio Department of Taxation. Claim #15 represents the supporting documentation to the Proof of Claim form filed by the Ohio Department of Taxation. Claim #14 reports a priority claim in the amount of $126,000.00, and a general unsecured claim in the amount of $4,850.37. The Trustee has not filed an objection to Claim #15 because the double recording of the claim appears to be an error by the Clerk of the Court. | $0.00 | $0.00 | $4,850.37 |
| 16<br>300<br>7100 | Regents of University of Colorado<br>AVC Budget & Finance<br>University of Colorado Denver<br>CB 186, PO Box 173364<br>Denver, CO 80217-3364 | Unsecured | | $0.00 | $194,866.21 | $194,866.21 |
| 17<br>300<br>7100 | Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166 | Unsecured | | $0.00 | $23,697.02 | $23,697.02 |
| 18B<br>300<br>7100 | The General Hospital Corporation<br>Massachusetts General Hospital<br>Gail L. Anderson, Esq.<br>Anderson & Kreiger LLP<br>One Canal Park, Ste.200<br>Cambridge, MA 02141 | Unsecured | Unliquidated claim for contractual indemnification and contribution against Debtor to the extent of any sums the claimant pays as a result of the claims asserted against the Institutional Defendants in the Zeman Suit. The claimant asserts a general unsecured claim, which is unliquidated. The Trustee has not objected to this claim because there will be no distribution to general unsecured creditors. | $0.00 | $0.00 | $0.00 |
| 19B<br>300<br>7100 | Controlled Risk Insurance Company<br>of Vermont, Inc.<br>Gail L. Anderson, Esq.<br>Anderson & Kreiger LLP<br>One Canal Park, Ste.200<br>Cambridge, MA 02141 | Unsecured | Unliquidated claim for contractual indemnification and contribution against Debtor to the extent of any sums the claimant pays as a result of the claims asserted against the Institutional Defendants in the Zeman Suit. The claimant asserts a general unsecured claim, which is unliquidated. The Trustee has not objected to this claim because there will be no distribution to general unsecured creditors. | $0.00 | $0.00 | $0.00 |
| 20<br>300<br>7100 | Cellular Technology Limited<br>Attn: Accounting<br>20521 Chagrin Blvd.<br>Shaker Heights, OH 44122 | Unsecured | | $0.00 | $34,875.73 | $34,875.73 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-10936-CSS
Date: September 29, 2014
Debtor Name: NEUROLOGIX, INC.
Claims Bar Date: 7/26/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 21<br>300<br>7100 | Medtronic, Inc.<br>c/o Kathleen Erickson DiGiorno<br>710 Medtronic Parkway<br>Minneapolis, MN 55432 | Unsecured | Unliquidated claim for contractual indemnification and contribution against Debtor to the extent of any sums the claimant pays as a result of the claims asserted against the Institutional Defendants in the Zeman Suit. Claim is unliquidated and contingent. The claimant asserted the claims as a general unsecured claim. The Trustee has not objected to this claim because there will be no distribution to general unsecured creditors. | $0.00 | $12,042,397.82 | $12,042,397.82 |
| 24<br>300<br>7100 | Federal Insurance Company<br>c/o Soffer, Rech & Borg, LLP<br>48 Wall Street, 26th Floor<br>New York, NY 10005 | Unsecured | By agreement with the creditor, this claim is to be treated as an allowed general unsecured claim. | $0.00 | $50,000.00 | $50,000.00 |
| 22<br>350<br>7200 | IDT Biologika GmbH<br>Joseph Barry<br>Young Conaway Stargatt & Taylor<br>1000 North King St.<br>Wilmington, DE 19801 | Unsecured | Tardily filed claim | $0.00 | $130,949.67 | $130,949.67 |
| 23<br>350<br>7200 | Broadridge ICS<br>P.O. Box 416423<br>Boston, MA 02241-6423 | Unsecured | Tardily filed claim | $0.00 | $5,227.30 | $5,227.30 |
| 25<br>400<br>4210 | Palisade Concentrated Equity Partnerhsip II et al.<br>Klestadt & Winters, LLP<br>570 Seventh Ave., 17th Fl.<br>New York, NY 10018 | Secured | Sharing and Reimbursement Agreement between Chapter 7 Trustee and Secured Lenders pursuant to Court Order dated 07/09/12 [D.I. 25]. The Trustee was not able to located a buyer for the assets and the assets were abandoned to the secured lender. | $0.00 | $9,923,559.22 | $0.00 |
| 18A<br>400<br>4220 | The General Hospital Corporation<br>Massachusetts General Hospital<br>Gail L. Anderson, Esq.<br>Anderson & Kreiger LLP<br>One Canal Park, Ste.200<br>Cambridge, MA 02141 | Secured | Unliquidated claim for contractual indemnification and contribution against Debtor to the extent of any sums it pays as a result of the claims asserted against the Institutional Defendants in the Zeman Suit. The claimant asserts a secured claim by the right of setoff, recoupment, etc. The Trustee has not objected to this claim because the Trustee administered no collateral asserted by the claimant. | $0.00 | $0.00 | $0.00 |
| 19A<br>400<br>4220 | Controlled Risk Insurance Company<br>of Vermont, Inc.<br>Gail L. Anderson, Esq.<br>Anderson & Kreiger LLP<br>One Canal Park, Ste.200<br>Cambridge, MA 02141 | Secured | Unliquidated claim for contractual indemnification and contribution against Debtor to the extent of any sums it pays as a result of the claims asserted against the Institutional Defendants in the Zeman Suit. The claimant asserts a secured claim by the right of setoff, recoupment, etc. The Trustee has not objected to this claim because the Trustee administered no collateral asserted by the claimant. | $0.00 | $0.00 | $0.00 |
| | Case Totals | | | $0.00 | $23,528,495.84 | $13,604,936.62 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-10936-CSS
Case Name: NEUROLOGIX, INC.
Trustee Name: George L. Miller

Balance on hand $ 88,285.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 18A | The General Hospital Corporation | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 19A | Controlled Risk Insurance Company | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 25 | Palisade Concentrated Equity Partnerhsip II et al. | $ 9,923,559.22 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 88,285.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: George L. Miller | $ 10,662.07 | $ 0.00 | $ 6,896.05 |
| Trustee Expenses: George L. Miller | $ 1,043.83 | $ 0.00 | $ 675.13 |
| Attorney for Trustee Fees: MORRIS JAMES LLP | $ 7,277.00 | $ 0.00 | $ 4,706.65 |
| Attorney for Trustee Expenses: MORRIS JAMES LLP | $ 259.98 | $ 0.00 | $ 168.15 |
| Accountant for Trustee Fees: Miller Coffey Tate LLP | $ 116,094.50 | $ 0.00 | $ 75,088.04 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Miller Coffey Tate LLP | $ 365.11 | $ 0.00 | $ 236.15 |
| Other: Cozen O'Connor | $ 73,942.00 | $ 47,379.00 | $ 445.49 |
| Other: Cozen O'Connor | $ 1,307.71 | $ 776.06 | $ 69.75 |

Total to be paid for chapter 7 administrative expenses $ 88,285.41

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 126,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14A | The Ohio Department of Taxation Bankruptcy Division | $ 126,000.00 | $ 0.00 | $ 0.00 |
| 15 | The Ohio Department of Taxation Bankruptcy Division | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,131,807.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CIT Technology Financing Services, Inc. | $ 6,704.25 | $ 0.00 | $ 0.00 |
| 2 | BDO Seidman LLP | $ 48,199.00 | $ 0.00 | $ 0.00 |
| 3 | AT Conference, Inc. | $ 206.21 | $ 0.00 | $ 0.00 |
| 4 | Klauber & Jackson | $ 14,190.00 | $ 0.00 | $ 0.00 |
| 5 | Schenkel/Stegman Communications Design | $ 1,117.50 | $ 0.00 | $ 0.00 |
| 6 | Daniel J. Edelman Inc. | $ 56,907.30 | $ 0.00 | $ 0.00 |
| 7 | Nutter McClennen and Fish | $ 266,900.74 | $ 0.00 | $ 0.00 |
| 8 | Labconnect, LLC | $ 711.44 | $ 0.00 | $ 0.00 |
| 9 | Merrill Communications LLC | $ 7,289.68 | $ 0.00 | $ 0.00 |
| 10 | RR Donnelley & Sons Company | $ 21,535.62 | $ 0.00 | $ 0.00 |
| 11 | Thermo Fisher Scientific (Asheville) LLC | $ 6,675.04 | $ 0.00 | $ 0.00 |
| 12 | Fisher Scientific Co., LLC | $ 3,501.52 | $ 0.00 | $ 0.00 |
| 13 | Biomay AG | $ 347,182.00 | $ 0.00 | $ 0.00 |
| 14B | The Ohio Department of Taxation Bankruptcy Division | $ 4,850.37 | $ 0.00 | $ 0.00 |
| 16 | Regents of University of Colorado | $ 194,866.21 | $ 0.00 | $ 0.00 |
| 17 | Winston & Strawn LLP | $ 23,697.02 | $ 0.00 | $ 0.00 |
| 18B | The General Hospital Corporation | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19B | Controlled Risk Insurance Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | Cellular Technology Limited | $ 34,875.73 | $ 0.00 | $ 0.00 |
| 21 | Medtronic, Inc. | $ 12,042,397.82 | $ 0.00 | $ 0.00 |
| 24 | Federal Insurance Company | $ 50,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 136,176.97 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | IDT Biologika GmbH | $ 130,949.67 | $ 0.00 | $ 0.00 |
| 23 | Broadridge ICS | $ 5,227.30 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE